IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARLEYSVILLE PREFERRED INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:20-cv-00340-TFM-B ) |
| INTERNATIONAL PAPER COMPANY, JRD CONTRACTING & LAND CLEARING, INC., JOHN R. DAILEY SR., and JRD CONTRACTING, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANT INTERNATIONAL PAPER COMPANY'S MOTION TO STAY DEADLINES

Defendant International Paper Company ("IP") hereby moves the Court to stay all of its responsive pleading deadlines and all other discovery and conference deadlines until resolution of its motion to transfer venue. In further support hereof, IP states as follows:

1. Plaintiffs Harleysville Preferred Insurance Company ("Harleysville") filed this action on June 30, 2020. (Doc. 1.) IP was served July 9, 2020. (Doc. 8.) Accordingly, IP's responsive pleading is due on or before July 30, 2020. Fed. R. Civ. P. 12(a)(1)(A)(i). Two other defendants, John R. Dailey, Sr., and JRD Contracting, Inc., have already appeared and filed a motion to dismiss. (Doc. 6.)

2. Harleysville's filing of this action contravenes a contractual forum selection clause that binds it, IP, and Defendant JRD Contracting & Land Clearing, Inc., to resolve this dispute under Tennessee law in the United States District Court for the Western District of Tennessee. As a result, IP has filed a motion to transfer venue to that court on July 23, 2020. (Doc. 9.)

1

3. The motion to transfer venue presents important legal concerns that should be addressed before IP is compelled to respond to Harleysville's complaint, engage in conferences required by Federal Rules of Civil Procedure 16 and 26, or otherwise initiate discovery.

4. This Court has discretion to stay pending deadlines and discovery given the circumstances. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997) ("District courts enjoy broad discretion in deciding how best to manage the cases before them.").

5. The requested stay of responsive pleading and other upcoming deadlines until resolution of IP's motion to transfer venue is in the interest of justice and judicial economy. No party will be prejudiced by the relief requested herein.

WHEREFORE, IP respectfully requests the Court enter an order granting this motion and staying all of its upcoming deadlines until resolution of the motion to transfer venue.

Dated this 24th day of July, 2020.

Respectfully submitted,

s/ Brian P. Kappel
One of the Attorneys for Defendant
International Paper Company

**OF COUNSEL:**
John M. Johnson (jjohnson@lightfootlaw.com)
Brian P. Kappel (bkappel@lightfootlaw.com)
Charles M. Hearn (chearn@lightfootlaw.com)
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
(205) 581-0700

(205) 581-0799 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July, 2020, I filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

William E. Shreve, Jr.
J. Breanne Zarzour
PHELPS DUNBAR, LLP
P.O. Box 2727
Mobile, AL 36652

*Attorneys for Harleysville Preferred Insurance Company*

Joseph C. McCorquodale, III
MCCORQUODALE LAW FIRM
P.O. Box Drawer 1137
Jackson, AL 36545

*Attorney for John R. Dailey Sr. and JRD Contracting, Inc.*

I further certify that the following entity will be served by United States Mail, postage prepaid and properly addressed:

JRD Contracting & Land Clearing, Inc.
2100 Camden Bypass
Camden, AL 36726

Respectfully submitted,

s/ Brian P. Kappel
Of Counsel