IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARLEYSVILLE PREFERRED INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. ) CV-2020-340-TFM-B ) |
| v. | ) ) |
| INTERNATIONAL PAPER CO., JRD CONTRACTING & LAND CLEARING, INC., JOHN R. DAILEY, SR., and JRD CONTRACTING, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

Comes now JOSEPH C. McCORQUODALE, III, attorney for the Defendants JOHN R. DAILEY, SR. and JRD CONTRACTING, INC., and withdraws his appearance as counsel of record for said Defendants.

Respectfully submitted,

*/s/ Joseph C. McCorquodale, III*
JOSEPH C. MCCORQUODALE, III

MCCORQUODALE LAW FIRM
P.O. Drawer 1137
Jackson, AL 36545
Telephone: 251-246-9015
Fax: 251-246-3247
mccmcc@mccorquodalelawfirm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 12, 2021, I electronically filed the foregoing with the Court using the CM/ECF system which will electronically serve same on the counsel listed below:

William E. Shreve, Jr.
J. Breanne S. Zarzour
P.O. Box 2727
Mobile, AL 36652

John M. Johnson
Brian P. Kappel
Charles M. Hearn
400 20th Street North
Birmingham, AL 35203

A. David Fawal
1819 5th Avenue North
Birmingham, AL 35203

Christina M. Bolin
Edgar M. Elliott, IV
505 North 20th St. Ste 1800
Birmingham, AL 35203

                                          */s/ Joseph C. McCorquodale, III*
                                          JOSEPH C. MCCORQUODALE, III