# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HARLEYSVILLE PREFERRED INSURANCE COMPANY,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIV. ACT. NO. 1:20-cv-340-TFM-B<br>) |
| **INTERNATIONAL PAPER COMPANY,** *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Pleadings (Doc. 40, filed 5/10/21). Defendants are **ORDERED** to file their response(s) on or before **June 2, 2021**. Plaintiff has until **June 9, 2021** to file any reply it wishes to file. The motion shall be taken under submission on that date for determination without oral argument unless the Court later determines oral argument is necessary.

All parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned should they exceed twenty (20) pages (including exhibits). The courtesy copies shall be delivered within 5 days of their electronic filing.

**DONE** and **ORDERED** this 17th day of May 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE