IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARLEYSVILLE PREFERRED INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) CIV. ACT. NO. 1:20-cv-340-TFM-B ) ) |
| v. | ) ) |
| INTERNATIONAL PAPER COMPANY, et al., | ) ) ) |
| Defendants. | ) |

**AFFIDAVIT OF JOHN R. DAILEY, SR.**

I, John R. Dailey, Sr., am over the age of eighteen and understand the obligations of an oath. Being duly sworn, I hereby state the following:

1. I am an individual defendant in this action.

2. I am the sole owner and officer of JRD Contracting, Inc. and only person authorized to represent and act on behalf the corporation.

3. Joseph C. McCorquodale III has notified me of his attempt to withdraw as my attorney, and the attorney for JRD Contracting, Inc. in this action.

4. Mr. McCorquodale has supplied me with a copy of the Court's May 12, 2021 Order (Doc. 47), and also the Notice of Withdrawal that Mr. McCorquodale filed with the Court (Doc. 45, filed 5/12/21).

5. I have no objections to Mr. McCorquodale filing his Notice of Withdrawal and withdrawing as my counsel, and counsel for JRD Contracting, Inc. in this action.

6. Due to health reasons, I am unable to attend the upcoming hearing scheduled for May 25, 2021.

_____
John R. Daily, Sr., individually
and on behalf of JRD Contracting, Inc.

Subscribed and sworn to before me this 19th day of May, 2021.

_____
Notary Public

2