# EXHIBIT J

IN THE CIRCUIT COURT OF WILCOX COUNTY, ALABAMA

JOHN R. DAILEY, SR.; JRD CONTRACTING, )
INC., )
            )
   Plaintiffs, )
            )
v. )   CIVIL ACTION NO.
            )   CV-2018-900045
INTERNATIONAL PAPER COMPANY; JANET )
PRIDGEON; JONI HARRIS; SHAWN BLENIS, )
            )
   Defendants. )
            )
            )

### AFFIDAVIT OF CLIFFORD R. LANGE, PH.D.

STATE OF ALABAMA

COUNTY OF Lee

CLIFFORD R. LANGE, PhD., being duly sworn, deposes and says:

I am over the age of twenty-one (21) years of age, am the duly authorized and duly sworn to have personal knowledge of the facts set forth in this affidavit. The statements in this affidavit are true and correct to the best of my knowledge.

1. In 2019 I retired from Auburn University as Associate Professor of Civil Engineering. I taught at Auburn from 1993 until my retirement.

2. I graduated from The State University of New York at Buffalo in 1981 with a degree in biological science. I earned Batchelor of Science degree in civil engineering in 1985 from that same school in 1985 and a Masters in civil engineering in 1988. I received a Ph.D. in civil engineering from the State University of New York at Buffalo in 1993. I joined the faculty at Auburn University after that.

3. From 2005 through 2019 I supervised analysis of Organo-Ash samples from the Pine Hill Mill of International Paper. That Mill was previously owned by Weyehaeuser Company. This analysis was done to confirm that Organo-Ash was suitable for use as land applied residuals.

4. Organo-Ash is a by-product of the brown paper manufacturing process at the Pine Hill Mill. It consists of wood and coal ash, wood fiber, lime and related solids. It is not regulated as a waste, and is used as a beneficial soil enhancement on pasture land in Wilcox County. It is a good source of organic material in this use.

5. It has been brought to my attention that my report for the samples taken in 2016 contained a transcription error. The value for coliform was mistakenly recorded in the column for mercury. I have attached a corrected report. The correct value for mercury in that sample is 5.7 mg/kg. That value is consistent with the other analysis I have performed on that material in other years.

6. For all years analyzed Organo-Ash has proved suitable for land application.

FURTHER AFFIANT SAYETH NOT.

_____
Clifford R. Lange, PhD.

**STATE OF ALABAMA**

**COUNTY OF** Lee

Sworn to and subscribed before me on this 30 day of July, 2020.

_____
Notary Public


[SEAL]  KATHRYN A. INGRAM
My Commission Expires
September 23, 2023

My Commission Expires: 9-23-2023