IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARLEYSVILLE PREFERRED INSURANCE CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIV. ACT. NO. 1:20-cv-340-TFM-B |
| INTERNATIONAL PAPER CO., *et al*., | ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is

**ORDERED, ADJUDGED, and DECREED** that declaratory judgment is entered in favor of

Plaintiff Harleysville Preferred Insurance Company and against Defendants International Paper

Company, JRD Contracting & Land Clearing, Inc., John R. Dailey, Sr., and JRD Contracting, Inc.

Further, International Paper Company's counterclaims are dismissed.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final

Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 7th day of October, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE